91 A.3d 100

**Roger BUEHL, Appellant**

**v.**

**Jeffery A. BEARD, Secretary, Pennsylvania Department of Corrections, Paul K. Smeal, Superintendent, State Correctional Institution at Smithfield and Pennsylvania Department of Corrections, Appellees.**

Supreme Court of Pennsylvania.

April 28, 2014.

---

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of April, 2014, the order of the Commonwealth Court is hereby **AFFIRMED.**